# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: YOLONDA R. BRYANT  
707 N. JOHNSTON AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-2162

Case Number: 08-71938

Case filed on: 6/20/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 461.50 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 461.50 | 0.00 |
| 006 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIVERSIFIED ADJUSTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | YOLONDA R. BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 11,533.44 | 11,533.44 | 0.00 | 0.00 |
| 002 | MIDWEST TITLE LOANS | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|  | Total Secured | 12,733.44 | 12,733.44 | 0.00 | 0.00 |
| 002 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ANDRE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLAIR CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | US DEPARTMENT OF EDUCATION | 3,167.35 | 3,167.35 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 394.17 | 394.17 | 0.00 | 0.00 |
| 010 | GEMB / JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | WILD ROSE CLINTON LLC | 227.00 | 227.00 | 0.00 | 0.00 |
| 012 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 848.75 | 848.75 | 0.00 | 0.00 |
| 015 | SPRINT NEXTEL-DISTRIBUTIONS | 1,380.30 | 1,380.30 | 0.00 | 0.00 |
| 016 | US BANK/RETAIL PAYMENT SOLUTIONS | 547.29 | 547.29 | 0.00 | 0.00 |
| 017 | COMED CO | 438.54 | 438.54 | 0.00 | 0.00 |
| 018 | VERIZON WIRELESS | 581.35 | 581.35 | 0.00 | 0.00 |
| 019 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,584.75 | 7,584.75 | 0.00 | 0.00 |
|  | Grand Total: | 23,818.19 | 23,818.19 | 461.50 | 0.00 |

Total Paid Claimant:     $461.50  
Trustee Allowance:       $38.50  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan